IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03656-RM-NRN

SHANITA TAYLOR,
And those similarly situated;

    Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT, and
FIRST TRANSIT, INC.,

    Defendants.

## JOINT STATUS REPORT

Plaintiff Shanita Taylor and Defendant First Transit, Inc., write jointly to update the Court on the status of their settlement negotiations. The Parties have finalized a settlement agreement that is currently being executed and plan to stipulate to a dismissal of this action in its entirety on or before October 30, 2020.

**Dated**:  October 23, 2020.

Respectfully submitted,

*s/ David H. Seligman*
David H. Seligman
Juno Turner
Brianne Power
**Towards Justice**
1410 High St., Suite 300
Denver, CO  80218
Telephone: (720) 239-2606
Email: david@towardsjustice.org
       juno@towardsjustice.org
       brianne@towardsjustice.org

- 2 -

*s/ Danielle L. Kitson*
Danielle L. Kitson
**Littler Mendelson, P.C.**
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: (303) 629-6200
Fax: (303) 629-0200
Email: dkitson@littler.com

*Attorney for Defendant First Transit, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 23, 2020, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

       s/ *David H. Seligman* _____
       David H. Seligman